116 F. Supp. 2d 1317

AMERICAN PERMAC, INC., PLAINTIFF *v.* UNITED STATES, DEFENDANT

Court No. 94–10–00589

(Dated October 18, 2000)

## AMENDED ORDER

CARMAN, *Chief Judge:* This matter having been remanded by the Court of Appeals for the Federal Circuit in *American Permac, Inc. v. United States,* 191 F.3d 1380 (Fed. Cir. 1999), and this Court, after due deliberation, having rendered a decision herein; now, in conformity with said decision, it is hereby

ORDERED that plaintiff's motion for summary judgment is denied; and it is further

ORDERED that defendant's cross-motion for summary judgment is granted; and it is further

ORDERED that plaintiff pay to the defendant antidumping duty in the amount of $7,186.04, plus post-judgment interest in accordance with 28 U.S.C. § 1961 at a rate of 6.241%, from September 1, 2000, to the date of payment, and it is further

ORDERED that defendant's request for prejudgment interest is denied; and it is further

ORDERED that the complaint is dismissed.